**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01774-AP

LORI M. BOHNER,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

JOSEPH A. WHITCOMB
Rocky Mountain Disability Group
1391 Speer Blvd, Suite 705
Denver, CO 80204
Telephone: (303) 534-1958
Facsimile: (303) 534-1949
joe@rmdlg.com

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

J. BENEDICT GARCÍA
Assistant United States Attorney
District of Colorado

ALEXESS D. REA
Social Security Administration-Denver
Office of General Counsel
1001 17th Street
Denver, CO 80202
303-844-7101
Fax: 303-844-0770
Email: alexess.rea@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

A. **Date Complaint Was Filed:** July 9, 2012
B. **Date Complaint Was Served on U.S. Attorney's Office:** July 11, 2012
C. **Date Answer and Administrative Record Were Filed:** September 10, 2012

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

### 7. OTHER MATTERS

The parties are not aware of any other matters at this time.

### 8. BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

A. **Plaintiff's Opening Brief Due:** November 12, 2012
B. **Defendant's Response Brief Due:** December 12, 2012
C. **Plaintiff's Reply Brief (If Any) Due:** December 27, 2012

### 9. STATEMENTS REGARDING ORAL ARGUMENT

A. **Plaintiff's Statement:**
   Plaintiff does not request oral argument.

B. **Defendant's Statement:**
   Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.   ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 1st day of October, 2012.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ *Joseph A. Whitcomb*
JOSEPH A. WHITCOMB
Rocky Mountain Disability Group
1391 Speer Blvd, Suite 705
Denver, CO 80204
Telephone: (303) 534-1958
Facsimile: (303) 534-1949
joe@rmdlg.com

Attorney for Plaintiff

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

J. BENEDICT GARCÍA
Assistant United States Attorney
District of Colorado

s/ *Alexess D. Rea*
Social Security Administration-Denver
Office of General Counsel
1001 17th Street
Denver, CO 80202
303-844-7101
Fax: 303-844-0770
Email: alexess.rea@ssa.gov

Attorneys for Defendant