IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01774-AP

SHELLY M. LAWTON,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

ANN J. ATKINSON
7960 South Ireland Way
Aurora, Colorado 80016
Telephone: (303) 680-1881
Email: AtkinsonAJ@aol.com

<u>For Defendant</u>:

JAMES L. BURGESS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 4169
Denver, CO 80294-4003
Telephone: (303) 844-1856
Email: james.burgess@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**     July 5, 2013

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**     July 10, 2013

    **C.     Date Answer and Administrative Record Were Filed:**     September 9, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The administrative record [Document #10] appears to be complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

No unusual claims or defenses are raised in this action.

**7.     OTHER MATTERS**

There are no additional matters to bring to the Court's attention.

**8.     BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:**          November 8, 2013

    **B.     Defendant's Response Brief Due:**     December 11, 2013

    **C.     Plaintiff's Reply Brief (If Any) Due:**     December 26, 2013

NOTE:  the Defendant's Response Brief date has been extended due to the Thanksgiving holiday.

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement:**  Plaintiff does not request oral argument

    **B.  Defendant's Statement:**  Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.  ( )** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    **B.  ( X )** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 30th day of September, 2013.

                     BY THE COURT:

                     *s/John L. Kane*
                     U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| *s/Ann J. Atkinson* | *s/James Burgess* |
| ANN J. ATKINSON | JAMES BURGESS |
| 7960 South Ireland Way | Special Assistant United States Attorney |
| Aurora, Colorado 80016 | Office of the General Counsel |
| Telephone: (303) 680-1881 | Social Security Administration |
| Email: AtkinsonAJ@aol.com | 1961 Stout St., #4169 |
| | Denver, CO  80294-4003 |
| Attorney for Plaintiff | Telephone (303) 844-1856 |
| | Email:  james.burgess@ssa.gov |